AO 257 (Rev. 6/78)

| **DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT** |
|---|

BY: ☐ COMPLAINT  ☒ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

**OFFENSE CHARGED**

36 C.F.R. §2.4(b) - Possession of a Loaded Weapon (Class B Misdemeanor)

☐ Petty
☐ Minor
☒ Misdemeanor
☐ Felony

PENALTY: 6 Months Imprisonment
$5,000 Fine
$10 Special Assessment

Name of District Court, and/or Judge/Magistrate Location
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

**DEFENDANT - U.S**
▶ Ryan L. Woodruff

DISTRICT COURT NUMBER
CR 10 0585 MAG

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
National Park Service

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form  JOSEPH P. RUSSONIELLO
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)  ACADIA L. SENESE

**DEFENDANT**

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction   ☐ Federal  ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No    If "Yes" give date filed

DATE OF ARREST ▶  Month/Day/Year
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶  Month/Day/Year

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT    Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:                Before Judge:

Comments:

JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

E-filing

FILED
2010 JUL 30  A 10: 34

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

CR 10 0585  MAG

| UNITED STATES OF AMERICA, | ) | No. |
|---|---|---|
| Plaintiff, | ) | VIOLATIONS: 36 C.F.R. §2.4(b) - Possession of a Loaded Weapon (Class B Misdemeanor) |
| v. | ) | |
| RYAN L. WOODRUFF, | ) | EUREKA VENUE |
| Defendant. | ) | |

### INFORMATION

The United States Attorney charges:

COUNT ONE: 36 C.F.R. §2.4(b) - Possession of a Loaded Weapon

On or about January 28, 2010, in the Northern District of California, within the boundaries of an area administered by the National Park Service, the defendant,

RYAN L. WOODRUFF,

knowingly and intentionally possessed a loaded weapon, specifically a Ruger .38 Special firearm, on his person and in his vehicle, in violation of Title 36, Code of Federal

INFORMATION

Regulations, Section 2.4(b), a Class B Misdemeanor.

DATED: July 27, 2010

JOSEPH P. RUSSONIELLO
United States Attorney

GREGG LOWDER
Chief, Major Crimes Section

(Approved as to form: ACADIA L. SENESE
Special Assistant United States Attorney

INFORMATION