# United States District Court
## Northern District of California

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>v.<br>**RYAN WOODRUFF** | **JUDGMENT IN A CRIMINAL CASE**<br><br>USDC Case Number: CR-10-00585-001 MAG<br>BOP Case Number: DCAN110CR000585-001<br>USM Number:<br>Defendant's Attorney : Barry Portman |

**THE DEFENDANT:**

[x]  pleaded guilty to count(s): <u>One of the Information</u> .
[ ]  pleaded nolo contendere to count(s) ___ which was accepted by the court.
[ ]  was found guilty on count(s) ___ after a plea of not guilty.

The defendant is adjudicated guilty of these offense(s):

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 36 CFR 2.4(b) | Possession of a Loaded Weapon | 1/28/10 | One |

The defendant is sentenced as provided in pages 2 through <u>2</u> of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]  The defendant has been found not guilty on count(s) ___.

[ ]  Count(s) ___ (is)(are) dismissed on the motion of the United States.

IT IS ORDERED that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of any material changes in economic circumstances.

9/13/10
Date of Imposition of Judgment

_/s/ Nandor J. Vadas_
Signature of Judicial Officer
Nandor J. Vadas, U.S. Magistrate Judge
Name & Title of Judicial Officer

9/14/10
Date

CR 10-0585 MAG
United States v. Ryan L. Woodruff
Page 2 of 2

## PROBATION

Defendant is sentenced to one year summary probation.  As a condition of probation, Defendant shall pay a fine of $490 due no later than 90 days from imposition of this judgment and a special assessment of $10 which shall be due immediately.  As a condition of probation, Defendant shall stay away from Redwood National Park for one year from the date of imposition of this judgment.